**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    The Diocese of Buffalo, N.Y.

        Debtor(s)

Case No.: 1−20−10322−CLB
Chapter: 11

Tax ID: 16−0743984

**TRANSMITTAL OF RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8010**

**TO: Andrew W. Moeller, Clerk of Court, U.S. District Court for the Western District of New York**

**RE: District Court Case No.: 26−cv−807 MAV**

Pursuant to Bankruptcy Rule 8010, the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above−captioned proceeding:

[ X ] Record on Appeal

    [ X ] Appellant Statement of Issues Presented: **Bktcy Dkt# 4767**

    [   ] Certification of No Transcript Ordered:

    [   ] Statement of Evidence in Lieu of Transcript:

    [ X ] Appellant Designation of Items included in Record on Appeal: **Bktcy Dkt# 4767**

[ X ]   Items designated by Appellant: **Bktcy Dkt# 7,8,4221,4222,4343,4362,4396,4410,4411,4412,4482,4500,4501,4502, 4509, 4510,4511,4517,4520,4551,4552,4593,4616,4651,4652,4654,4655,4657,4670,4673,4676,4683,4694, 4702 (Transcript restricted trough 7/6/2026),4722, 4723, 4735−37,4738−39,4742−43, and A.P. Case No. 20-1016-CLB, A.P. Dkt# 95.**

    [   ] Appellee Designation of Additional Items:

        [   ] Items designated by Appellee:

[   ] Appeal is unperfected for the following reasons:

    [   ] Filing Fee Unpaid. [   ] No request to proceed in forma pauperis.

    [   ] Appellant Designation of Items to be included in the record on appeal & Statement of Issues under Bankruptcy Rule 8009: [ ]Not Filed   [ ]Filed Late

    [   ] Pursuant to Bankruptcy Rule 8009(b), the Appellant has not filed a copy of the order of a transcript or a certificate stating that a transcript will not be ordered.

    [   ] Item(s) designated by [ ] Appellee  [ ] Appellant  not part of Bankruptcy case files:

    [   ] Other:

    [ X ] Related Appeal: District Court Judge Vacca Civil Case No.: 26−cv−808 MAV

    [ X ] Other: Please note that a Certification of Direct Appeal to the Court of Appeals for the Second Circuit was signed and entered on May 8, 2026, at Dkt. #4784, pursuant to a Decision and Order of April 3, 2026 (at Dkt. #4694.)

Date: _June 3, 2026_                  _Michael T. Powers_

                                                    Michael T. Powers
                                                    Clerk of Court